

**Dann Law**

Illinois | New Jersey | New York | Ohio | Oregon

**Javier L. Merino***
Direct Dial: 201-355-3440
Facsimile: 216-373-0536
Email: JMerino@DannLaw.com

March 6, 2018

Honorable George B. Daniels
United States District Court
Eastern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

**SO ORDERED:**

*[signature]*
**George B. Daniels, U.S.D.J.**

*Sent via ECF and Facsimile (212-805-6737)

Dated: **MAR 0 6 2018**

Re:   *Rebecca Castillo v. Berluti, LLC*
      Docket No. 1:18-cv-01177
      Notice of Settlement in Principle

Dear Judge Daniels:

On Behalf of the Plaintiff, Rebecca Castillo, and Defendant, Berluti LLC, (together as the "parties") we write to inform the Court that the parties have reached a settlement in principle in the above-referenced matter.

Accordingly, the parties respectfully request that the Court enter an order (1) conditionally dismissing the matter without costs; (2) providing that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order; (3) providing that, within thirty (3) days of the date of this Order, Plaintiff may make an application to restore the matter in the event that settlement is not consummated; and (4) directing the Clerk of the Court to terminate all remaining dates.

We thank the Court for consideration of this request.

Respectfully,

*[signature]*

Javier L. Merino, Esq.
cc: Shira M. Blank (Counsel for Defendant) via ECF

---

DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, New Jersey 07071          *Licensed in NJ and NY

DannLaw.com
[877] 475-8100

1